# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHRISTINA GABRIEL<br><br>　　　　Plaintiff,<br><br>　vs.<br>CREDIT BUREAU OF SANTA MONICA; and DOES 1 TO 100, inclusive;<br><br>　　　　Defendants. | Case No.:   2:10-cv-08878-JHN -AGR<br><br>**JUDGMENT** |

　　IT IS ORDERED that default judgment is entered in favor of Plaintiff CHRISTINA GABRIEL and against Defendant CREDIT BUREAU OF SANTA MONICA, in the amount of $2,000.00 in principal damages, attorneys' fees in the amount of $400.00, and taxable costs in the amount of $526.00, with interest thereon at the federal judgment rate from the time of entry of judgment.

DATED: August 05, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　H. Nguyen

[PROPOSED] JUDGMENT

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

[PROPOSED] JUDGMENT

- 2 -